United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RICHARD AKINTAYO ADEFIRANYE, *et al.* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-cv-5284 |
| | § | |
| MARCO RUBIO, U.S. SECRETARY OF STATE, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER**

Defendants' Unopposed Motion for Leave to File a Reply in Support of Motion to Dismiss, Dkt. No. 18, is granted.

IT IS ORDERED that Defendants are granted leave to file Defendants' Reply in Support of Motion to Dismiss.

Signed on July 10, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge